IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HCA-INFORMATION TECHNOLOGY & SERVICES, INC. | ) ) ) ) | Case No. 3:09-0816<br>Judge Nixon<br>Magistrate Judge _____ |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SHILOH HEALTH SERVICES, INC., and MEDICAL PARK HOSPITAL | ) ) ) ) | |
| Defendants. | ) | |

## FINAL AGREED JUDGMENT

It appearing to the Court, as evidenced by the signatures of the Defendants and counsel for Plaintiff below, that the parties have agreed to confirmation of the final award rendered in favor of Plaintiff, HCA-Information Technology & Services, Inc. against Shiloh Health Services, Inc. and Medical Park Hospital in the arbitration matter styled HCA-Information Technology Services, Inc. v. Shiloh Health Services, Inc., American Arbitration Association Cause No. 30 11700132 09 in the amount of $325,806, plus costs and interest thereon, that final award being confirmed as a final judgment. It is therefore,

ORDERED that

1. Plaintiff shall be awarded $325,806 plus interest against Defendants, jointly and severally.

2. Costs of this action, including court costs and attorneys' fees, are taxed against the Defendants, jointly and severally.

_____
United States District Court Judge

AGREED TO AND APPROVED BY:

_____
John R. Jacobson
Katharine R. Cloud
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
jjacobson@rwjplc.com
kcloud@rwjplc.com

*Plaintiff, HCA-Information Technology & Services, Inc..*

_____
James Cheek
President/CEO of Defendants Shiloh Health Services, Inc.
Medical Park Hospital

2